**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 13, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00177-CV**

---

**IN RE DEBRA LOUISE MCLEOD, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 20-08-26306A**

---

## MEMORANDUM OPINION

On March 8, 2024, relator Debra Louise McLeod filed a petition for writ of mandamus, a motion for temporary relief, and a motion for leave to file the mandamus record under seal in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the

Honorable Robert J. Kern, presiding judge of the County Court at Law of Waller County, to vacate the trial court's February 23, 2024 order granting third-party defendants' and Jay Sears' motion to compel arbitration.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Additionally, relator's motion for temporary relief and motion for leave to file the mandamus record under seal are denied.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Poissant.